E-FILED
Monday, 06 December, 2004 01:55:46 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

**FILED**

AUG 0 1 2001

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CR 01-200 68 |
| | ) | |
| KELVIN T. HARTFIELD, | ) | Title 21, United States Code, |
| (Also Known As "Cozy"), | ) | Section 841(a)(1), (b)(1)(A)(iii), |
| | ) | and (b)(1)(C) |
| Defendant. | ) | |

## INDICTMENT

### COUNT 1

**THE GRAND JURY CHARGES:**

On or about April 5, 2001, in Champaign County, in the Central District of Illinois,

**KELVIN T. HARTFIELD,**
**(Also Known As "Cozy"),**

defendant herein, did knowingly distribute a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(C).

### COUNT 2

**THE GRAND JURY CHARGES:**

On or about April 5, 2001, in Champaign County, in the Central District of Illinois,

**KELVIN T. HARTFIELD,**
**(Also Known As "Cozy"),**

defendant herein, did knowingly possess fifty grams or more of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance, with

the intent to distribute it.

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(iii).

A TRUE BILL.

s/Foreperson
FOREPERSON

s/Patrick Chesley for
FRANCES C. HULIN
United States Attorney

ELM