**E-FILED**
Monday, 06 December, 2004  03:45:44 PM
Clerk, U.S. District Court, ILCD

CERTIFICATE OF SERVICE:

I, Kelvin T. Hartfield, declare under the penalty of perjury that I placed

(3) copies of a Motion/Application Titled Section § 2255, addressed to

the Clerk of the court for the Central District of Illinois, with a

additional copy addressed to the United States Attorney Office, in the

Institutional Mailing system on or about November 28, 2004, postage pre-

paid;


C. FILE
   AUSA

KELVIN T HARTFIELD

*Kelvin Hartfield*

**FILED**

DEC 0 2 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

04-2273