E-FILED
Thursday, 13 January, 2005  01:55:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS:

| | | |
|---|---|---|
| KELVIN T. HARTFIELD, | ) | CASE NO. 04-CV-2273 |
| PETITIONER, | ) | |
| | ) | PETITIONER'S MOTION SEEKING |
| -VS- | ) | THIS COURT'S PERMISSION TO |
| | ) | REPLY TO RESPONDENTS - RESPONSE |
| UNITED STATES OF AMERICA, | ) | PURSUANT TO TITLE 28 U.S.C. § |
| | ) | 2255. |
| RESPONDENT. | ) | |

FILED
JAN 13 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Comes now Kelvin T. Hartfield, (herein after petitioner), in his own behalf, pursuant to Title 28 U.S.C. SECTION § 2255, as well as any and all applicable Rules, Laws, Statutes, and Codes, which may govern said action and states as follows;

On December 2, 2004, petitioner submitted a Application pursuant to Title 28 U.S.C. § 2255. On or about December 6, 2004 this court in a order indicated that respondents should respond on or before January 5, 2005.

Petitioner received respondent's response on or about January 6, 2005.

This action is fostered upon the Rules governing Section § 2255.

Petitioner indicated in a letter to the court that he would send a Memorandum and Brief in support of his Section application for § 2255.

within (30-45) working days after the Application had been filed.

Petitioner mistakenly believed that counsel of record would provide him with copies of his Guilty Plea and Sentencing Transcripts **which** would aid petitioner in preparing his issues before this court. Counsel has neglected to do so, thus petitioner has been slow in his preparation.

Petitioner will submitted a **"reply on or before February 5, 2005, and seek's this court's indulgence with this request, as petitioner is pro se and thus is not well versed in these particular proceedings.**

Wherefore, petitioner respectfully pray's that this court grant this motion seeking the court's permission to submit a "reply" on or before Febraury 5, 2005.

DATED THIS 7th day of January 2005.

RESPECTFULLY SUBMITTED,

_____
KELVIN T. HARTFIELD
#11445-042
P.O. BOX 5000
GREENVILLE, ILLINOIS, 62246

## CERTIFICATE OF SERVICE:

I, Kelvin T. Hartfield, declare under the penalty of perjury that I placed a copy of a motion seeking permission to **Reply"** addressed to the Clerk of the Court for the Central District of Illinois, with a additional copy addressed to the United States Attorney Office for the Central District, in the Institutional Mailing System on or about January 7th 2005. Postage pre-paid;

C. AUSA
   FILE

*(signature)*
KELVIN T. HARTFIELD