AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**KELVIN T. HARTFIELD**

vs.                                                                 Case Number:  **04-2273**

**UNITED STATES OF AMERICA**

☐ **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Petitioner's Motion to Vacate, Set Aside or Correct Sentence (2255) is dismissed because it was not timely filed.

ENTER this 18th day of February, 2005

s/John M. Waters
_____
JOHN M. WATERS, CLERK

s/V. Ball
_____
BY:  DEPUTY CLERK