UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| **KELVIN T. HARTFIELD,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| v. | ) | Case No. 04-CV-2273 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## **ORDER**

On February 18, 2005, this court entered an Order (#7) which dismissed the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (#1) filed by Petitioner, Kelvin T. Hartfield. On February 17, 2005, Petitioner filed his Reply (#6) to the Government's Response to Petitioner's Motion Pursuant to 28 U.S.C. § 2255 (#4).

This court has carefully reviewed and considered Petitioner's 17-page Reply. None of the arguments presented by Petitioner in his Reply change this court's conclusion that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is untimely.

IT IS THEREFORE ORDERED THAT Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (#1) was properly dismissed as untimely.

ENTERED this 22nd day of February, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE