E-FILED
Monday, 28 March, 2005  02:32:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOI

URBANA DIVISION:

**FILED**

MAR 25 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

|  |  |  |
|---|---|---|
| KELVIN T. HARTFIELD, | ) | CASE NO. 04-CV-2273 |
|  | ) |  |
| PETITIONER, | ) |  |
|  | ) | **MOTION SEEKING A ISSUANCE OF A** |
| -VS- | ) | **CERTFICATE OF APPEALABILITY-** |
|  | ) | **PURSUANT TO SECTION § 2255 and** |
| UNITED STATES OF AMERICA, | ) | **§2253 (c).............** |
|  | ) |  |
| RESPONDENT. | ) |  |
|  | ) |  |

---

**Comes,** now Kelvin T. Hartfield, (herein after petitioner), in his behalf, pursuant to Section § 2255 and 2253 (c), as well as any and and all applicable Rules, Laws, Statutes, and Codes, which may govern said action and states as follows;

In a "order dated February 22, 2005, this court entered judgement "dismissing petitoner's petition pursuant to § 2255, as being "untimely.

Thus, pursuant to Section § 2255 and §2253(c) petitioner's seeks the issuance of a Certificate of appealability;

Petitioner asserts that he is pro se in this instant matter and is not well versed in each and every aspect of the proceedings. That this action is taken in good faith and just cause.

Petitioner further resquests that this .court reserve any ruling on the motion" seeking oa COA until April 5, 2005, whereas petitioner sub-

mits that he will file with the Clerk of Court a "memorandum in support of why this court should issue a COA.

Petitioner further contends that this court nor respondents will be unduly burden or prejudice by the request, as the claim's addresses not only the dismissal, but raises Constitutional issue's in respect to petitioner's sentence, which were previously unavailable, thus, under the doctrine of § 2255, being that petitioner is a pro- se litigant, this court under the applicable rules should liberally construe this instant pleading.

**Wherefore, petitioner respectfully prays that this court file stamp this "notice seeking a issuance of a Certificate of appealability and reserve any ruling on the merits until April 4, 2005, to permit petitioner to submit a memorandum in why a COA should issue;**

**DATED THIS 17th day of March 2005**

**RESPECTFULLY SUBMITTED,**

**KELVIN T. HARTFIELD**
**#11445-042**
**P.O. BOX 5000**
**GREENVILLE, ILLINOIS, 62246**

## CERTIFICATE OF SERVICE:

**I, Kelvin T. Hartfield,** declare under the penalty of perjury, that I placed (3) copies of a "notice of appeal seeking a COA, addressed to the Clerk of the Court for the Central District of Illinois, with a additional copy addressed to the United States Attorney Office for the Central District of Illinois, in the Institutional Mailing System on or about March 17, 2005, postage pre-paid;

C.FILE
　AUSA

_____
　　KELVIN T. HARTFIELD