*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: CENTRAL DISTRICT OF ILLINOIS          Docket No.: 04-2273

Division: DANVILLE/URBANA

**Plaintiff (Petitioner)      Short Caption      Defendant (Respondent)**

KELVIN HARTFIELD                    v.       UNITED STATES OF AMERICA

---

**Current Counsel for Plaintiff (Petitioner):**        **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Kelvin Hartfield                          Name: Eugene L. Miller

Firm: 11445-042                                 Firm: U. S. ATTORNEY

Address: P. O. BOX 5000                         Address: 201 S. VINE ST.

GREENVILLE, IL.  62246                          URBANA, IL.  61802

Phone:                                          Phone:

---

Judge: MICHAEL P. MCCUSKEY              Nature of Suit Code:  510

Court Reporter: NONE                    Date Filed in District Court:  12/2/2004

                                        Date of Judgment: 2/18/2005

                                        Date of Notice of Appeal: 3/25/2005

Counsel:   ___Appointed      ___Retained    ___Pro Se

Fee Status:   ___Paid     _X_Due      ___IFP      ___IFP Pending     ___U.S.     ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:     ___Yes      ___No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted; ___denied; X pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  _11445-042_

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**