E-FILED
Monday, 11 April, 2005  09:46:18 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **KELVIN T. HARTFIELD,** ) | |
| ) | |
| **Petitioner,** ) | |
| v. ) | Case No. 04-CV-2273 |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## ORDER

On February 18, 2005, this court entered an Order (#7) which dismissed as untimely the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (#1) filed by Petitioner, Kelvin T. Hartfield. On February 22, 2005, this court entered an Order (#9) which stated that the court had carefully reviewed and considered Petitioner's 17-page Reply (#6) and that none of the arguments presented by Petitioner in his Reply changed this court's conclusion that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence is untimely.

On March 25, 2005, Petitioner filed a Notice of Appeal (#10) and a Motion for Certificate of Appealability (#11). On April 6, 2005, Petitioner filed a Memorandum (#13) in support of his request for a certificate of appealability.

A petitioner must obtain a certificate of appealability (COA) in order to appeal a final order denying a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. 28 U.S.C. § 2253(c)(1)(B). A district court may issue a COA "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). In Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), the Supreme Court set forth the methodology to be used in evaluating a request for a COA. Irorere v. United States, 2002 WL 31688817, at *1 (N.D. Ill. 2002). Where, as here, a district court has rejected a petitioner's claims "on procedural grounds without reaching the

prisoner's underlying constitutional claim[s], a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack, 529 U.S. at 484.

In this case, this court has carefully reviewed the record and Petitioner's lengthy Memorandum. Following this review, this court finds that jurists of reason would not find it debatable whether the petition states a valid claim of the denial of a constitutional right. This court further concludes that jurists of reason would not find it debatable whether the district court was correct in its procedural ruling that Petitioner's Motion, filed more than 19 months late, was untimely.

IT IS THEREFORE ORDERED THAT Petitioner's Motion for Certificate of Appealability (#11) is DENIED.

ENTERED this 11th day of April, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF JUDGE