# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**

Date: May 24, 2005

By the Court:

No. 05-1944

KELVIN T. HARTFIELD,
        Petitioner - Appellant

  v.

UNITED STATES OF AMERICA,
        Respondent - Appellee



Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 2273, Michael P. McCuskey, Chief Judge

    This cause, docketed on 4/11/05, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: May 24, 2005

TO: John M. Waters
United States District Court
Central District of Illinois
Suite 218
201 S. Vine Street
U.S. Courthouse
Urbana, IL  61802-3369

FROM: Gino J. Agnello, Clerk

RE: 05-1944
Hartfield, Kelvin T. v. USA
04 C 2273, Michael P. McCuskey, Chief Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: __5/27/05_____          ____s/ K. Marsh, Deputy Clerk____
(1202-052495)                               Deputy Clerk, U.S. District Court